435 P.2d 1009

Gail HARRIS, Sotero J. Sanchez, Jr., James C. Vandiver, T. J. Graham, M. T. Sebastian, Robert J. Boyd, Rachel E. Gillard, Ed Heringa, E. J. Hooten, Harry E. Kinney, Paul D. Noland, Dwight Ohlinger, George T. Roybal, Marion Stephens, Epimenio Vigil, Carter M. Waid and Newt Whitfield, Petitioners,

v.

The STATE CANVASSING BOARD, Hon. David F. Cargo, Hon. David Chavez, Jr. and Hon. Ernestine Evans, Constituting the Members of the Board, Respondents.

No. 8553.

Supreme Court of New Mexico.

Nov. 17, 1967.

NOBLE, COMPTON and CARMODY, Justices, concurring; MOISE, Justice, dissenting.

Ordered that the petition for writ of mandamus be and the same is hereby denied.

435 P.2d 1009

Lorene ARCHIE and Henry Archie, Petitioners,

v.

Myrtle Lee SMITH, Respondent.

No. 8552.

Supreme Court of New Mexico.

Nov. 22, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 46 be and the same is hereby returned to the Clerk of the Court of Appeals.

435 P.2d 1009

STATE of New Mexico, ex rel. STATE TAX COMMISSION and State Armory Board, Petitioners,

v.

Honorable Edward TRIVIZ, Judge, Third Judicial District, Respondent.

No. 8591.

Supreme Court of New Mexico.

Jan. 19, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.